Arthur Cruice v. Mutual Profit Realty Company.— Application denied,

with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

James Gillooly v. Mutual Profit Realty Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

John G. Sheridan v. Mutual Profit Realty Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.